# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | CASE NO. 23-01694-hb |
| B&B Commercial, LLC, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |
| ) | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter came before the Court on the Motion for Relief from the Automatic Stay filed on July 5, 2023 [Doc. 17] (the "Motion") by First State Bank ("FSB"). It appears that the Motion was served on the Debtor, Debtor's counsel, the Chapter 7 Trustee, and all other affected parties. The deadline to object to the Motion was July 19, 2023. The only objection filed was by the Chapter 7 Trustee. The Chapter 7 Trustee's objection is resolved by the provisions of this order and has been withdrawn.

Therefore, it is hereby **ORDERED** as follows:

1. The relief requested in the Motion is hereby granted and the automatic stay is modified so that FSB can continue pursuing its foreclosure of the Remaining Property[1] as set forth in the Motion.

2. Nothing contained in this Order shall affect the Chapter 7 Trustee's rights to object to any claim filed by FSB in this case.

---

[1] Capitalized terms not defined herein shall have the meanings given them in the Motion.

3. None of the costs of litigation regarding the Remaining Property, including discovery, shall be charged to the bankruptcy estate.

**AND IT IS SO ORDERED.**