# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>B&B Commercial, LLC,<br><br>Debtor. | Case No. 23-01694-hb<br><br>Chapter 7 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, an attorney in the law firm of Gleissner Law Firm, LLC, does hereby give notice of the appearance of this firm on behalf of **Janet B. Haigler, Trustee in the above matter**. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Debtor's counsel and the U.S. Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which **Janet B. Haigler, Trustee** may be a party in interest.

/s/ Richard R. Gleissner
Richard R. Gleissner, Esquire
U.S. District Court ID No. 5389
1316 Washington Street, Suite 101
Columbia, SC 29201
(T) 803-787-0505
(F) 803-712-4283
rick@gleissnerlaw.com
Attorneys for Trustee, Janet B. Haigler

July 27, 2023