# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **23-01694-hb**

## Order Authorizing Settlement and Compromise

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**10/30/2023**



Entered: 10/30/2023

Chief US Bankruptcy Judge
District of South Carolina

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re:

B&B COMMERCIAL, LLC

Debtor.

Chapter 7

Case No. 23-01694-hb

**ORDER AUTHORIZING SETTLEMENT AND COMPROMISE**

This proceeding comes before the Court on the application of Jivco Fitness Evans, LLC, with the consent of Chapter 7 Trustee Janet Haigler, and Debtor B&B Commercial, LLC, for authority to settle the estate's interest in a cause and as more fully described in the Application for Settlement and Compromise.

The Court has been informed that all parties in interest have been notified of the intention to settle the estate's interest in said claim, have been given twenty-one days to object to said settlement, and that no objection to the proposed settlement has been received or filed by any party in the office of the Clerk of this Court. The Movant has represented to the Court that such settlement is in the best interest of creditors of the estate. It is therefore,

ORDERED, ADJUDGED AND DECREED that the settlement agreement entered into by and between B&B Commercial, LLC, Jivco Fitness Evans, LLC, Cliff Jennings, and Amanda Jennings, dated September 5, 2023, is hereby authorized by the Court, and the Trustee is authorized to dismiss the Georgia Action in exchange for the turnover of the twenty (20) lights pursuant to the terms of said agreement.

IT IS SO ORDERED.

WE CONSENT:

On Behalf of Jivco Fitness Evans, LLC,
Cliff Jennings, and Amanda Jennings:

/s/ Jeffrey F. Peil
Jeffrey F. Peil
Huggins Peil, LLC
SC State Bar No. 102423
U.S. District Court ID No. 12957
jpeil@hugginsfirm.com
7013 Evans Town Center Boulevard, Suite 502
Evans, Georgia 30809
Telephone: (706) 210-9063
Facsimile: (706) 210-9282
*Attorney for Creditor Jivco Fitness Evans, LLC*

On Behalf of Chapter 7 Trustee:

/s/ Janet B. Haigler
Janet B. Haigler
Chapter 7 Trustee
U.S. District Court ID No.: 5708
P.O. Box 505
Chapin, SC 29036
*Chapter 7 Trustee*

On Behalf of Debtor B&B Commercial, LLC:

/s/ W. Harrison Penn
W. Harrison Penn
Penn Law Firm
U.S. District Court ID No.: 11164
1517 Laurel Street
Columbia, SC 29201
Telephone: (803) 771-8836
*Attorney for Debtor B&B Commercial, LLC*