# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>B&B Commercial LLC<br><br>Last 4 of EIN:  2751<br><br>Debtor. | Chapter 7<br><br>Case No. 23-01694-eg<br><br>Asset Case |

## NOTICE OF OBJECTION TO CLAIM AND OPPORTUNITY FOR HEARING

Janet B. Haigler, Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to eliminate or change your claim, then within thirty (30) days of service of this notice, you or your lawyer must:

File with the court a written response to the objection, explaining your position at J. Bratton Davis U.S. Bankruptcy Courthouse, 1100 Laurel Street, Columbia, SC 29201. Responses filed by an attorney must be electronically filed in ecf.scb.uscourts.gov. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also send a copy to Janet B. Haigler, Chapter 7 Trustee, Post Office Box 505, Chapin, SC 29036 and all parties in interest.

Attend the hearing on the objection, scheduled to be heard on **July 29, 2025, at 2:00 p.m.** at the J. Bratton Davis U.S. Bankruptcy Courthouse, 1100 Laurel Street, Columbia, SC 29201.

If no response is timely filed and served, no hearing will be held on this objection, except at the direction of the judge. If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

/s/   Janet B. Haigler
Janet B. Haigler #5708
CHAPTER 7 TRUSTEE
P.O. Box 505
Chapin, SC   29036
(803) 261-9806
jhaigler@haiglerlawfirm.com

Chapin, South Carolina
June 19, 2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| In re: | |
|---|---|
| B&B Commercial LLC | Chapter 7 |
| Last 4 of EIN: 2751 | Case No. 23-01694-eg |
| | Asset Case |
| Debtor. | |

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM

Comes now the undersigned, as trustee in the above-captioned case, and hereby files her objection and/or recommendation to the following claim as filed in this case:

| Claim No. | Claimant | Amount Claimed | Grounds for Objection and Recommendation by Trustee |
|---|---|---|---|
| 4 | Tim Barton HVAC, LLC | $137,685.00 | The objection is being filed to clarify that the claim is being allowed as filed as secured in the amount of $48,000.00, however, Time Barton HVAC, LLC will not receive a distribution on its secured claim because the Trustee has not administered the asset held as security for the claim and the creditor has not otherwise asserted a deficiency. The balance of the claim in the amount of $89,685.00 will be allowed as a general unsecured claim without priority. |

/s/  Janet B. Haigler
Janet B. Haigler, #5708
CHAPTER 7 TRUSTEE
P.O. Box 505
Chapin, SC  29036
(803) 261-9806
jhaigler@haiglerlawfirm.com

Chapin, South Carolina
June 19, 2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>B&B Commercial LLC<br><br>Last 4 of EIN:  2751<br><br>Debtor. | Chapter 7<br><br>Case No. 23-01694-eg<br><br>Asset Case |

**CERTIFICATE OF MAILING**

I hereby certify that on June 19, 2025 a copy of the **Notice of Objection to Claim and Opportunity for Hearing, Trustee's Objection to Proof of Claim and proposed Order on Trustee's Objection to Claim** in the above-captioned matter was mailed to the below parties by depositing same in the United States Mail, with sufficient postage affixed, and addressed as indicated.

B&B Commercial, LLC
1315 West Martintown Road
North Augusta, SC 29860

William Harrison Penn
Penn Law Firm, LLC
P.O. Box 11332
1517 Laurel Street
Columbia, SC 29211-1332

Tim Barton HVAC, LLC
P.O. Box 860
Warrenville, SC 29851

Nathan Edward Huff
Attorney for Creditor
1223 George C. Wilson Drive
Augusta, GA 30909

United States Trustee (ECF only)
1835 Assembly Street, Suite 953
Columbia, SC 29201

      /s/   Janet B. Haigler
Janet B. Haigler #5708
CHAPTER 7 TRUSTEE
Post Office Box 505
Chapin, South Carolina 29036
(803) 261-9806
jhaigler@haiglerlawfirm.com